ACCEPTED
14-15-01040-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 9:06:00 AM
CHRISTOPHER A. PRINE
Clerk

NO. 1061040

| | | |
|---|---|---|
| **SHOPPER EVENTS, LLC** | § | **IN THE COUNTY COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. THREE (3)** |
| | § | |
| **ROOFTOP GROUP USA, INC.** | § | |
| **dba Rooftop Brands** | § | |
| | § | |
| **Defendant.** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 9:06:00 AM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANT ROOFTOP GROUP USA, INC.'S
### NOTICE OF APPEAL FOR RESTRICTED APPEAL

1.      Defendant Rooftop Group USA, Inc. ("Rooftop") desires to appeal from the Final

Default Judgment signed by this Court on August 19, 2015.


2.      Defendant Rooftop appeals to either the First or Fourteenth Court of Appeals.


3.      Defendant Rooftop is a party affected by the Final Default Judgment of this

Court.


4.      Defendant Rooftop did not participate, personally or through an attorney, in the
hearing that resulted in the Final Default Judgment that it is appealing.

5.      Defendant Rooftop did not timely file any postjudgment motions, a request for
findings of fact and conclusions of law, or a Notice of Appeal.

Respectfully submitted this 4th day of December, 2015,

 /s/Charles J. Rogers
**Charles J. Rogers**
Texas State Bar No. 00786205
**Conley Rose, P.C.**
1001 McKinney Street, Suite 1800
Houston, Texas  77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
CRogers@conleyrose.com

**ATTORNEY FOR DEFENDANT
ROOFTOP GROUP USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2015, I served the foregoing ***Defendant Rooftop Group USA, Inc.'s Notice of Appeal for Restricted Appeal*** on the Plaintiff by serving its attorney listed below by e-mail pursuant to Rule 21a of the Texas Rules of Civil Procedure.

**\*\*\*\*\*\*\*\*\***
**Stephen E. Price**                                                  SPrice@freedmanprice.com
**Freedman & Price PC**
105 West 8th Street
Austin Texas 78701
**Attorney for Plaintiff**
**Shopper Events, LLC**
\*\*\*\*\*\*\*\*\*

 /s/Charles J. Rogers
Charles J. Rogers

FILED
12/8/2015 2:42:04 AM
Stan Stanart
County Clerk
Harris County

## NO. 1061040

| | | |
|---|---|---|
| **SHOPPER EVENTS, LLC** | § | **IN THE COUNTY COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. THREE (3)** |
| | § | |
| **ROOFTOP GROUP USA, INC.** | § | |
| **dba Rooftop Brands** | § | |
| | § | |
| **Defendant.** | § | **HARRIS COUNTY, TEXAS** |

## NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS
## SUPPLEMENT TO NOTICE OF APPEAL

Pursuant to Local Rule 1.4 of the First and Fourteenth Courts of Appeals, Defendant

Rooftop Group USA, Inc. ("Rooftop") states that it has not previously filed a related appeal or

original proceeding in either the First or Fourteenth Court of Appeals.


Respectfully submitted this 8th day of December, 2015,


   /s/Charles J. Rogers
**Charles J. Rogers**
Texas State Bar No. 00786205
**Conley Rose, P.C.**
1001 McKinney Street, Suite 1800
Houston, Texas 77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
CRogers@conleyrose.com

**ATTORNEY FOR DEFENDANT**
**ROOFTOP GROUP USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2015, I served the foregoing *Notice of and Assignment of Related Case in Appeals - Supplement to Notice of Appeal* on the Plaintiff by serving its attorney listed below electronically through the electronic-filing manager pursuant to Rule 21a(a)(1) of the Texas Rules of Civil Procedure.

\*\*\*\*\*\*\*\*\*
**Stephen E. Price**                                        SPrice@freedmanprice.com
**Freedman & Price PC**
105 West 8th Street
Austin Texas 78701
**Attorney for Plaintiff**
**Shopper Events, LLC**
\*\*\*\*\*\*\*\*\*

  /s/Charles J. Rogers
Charles J. Rogers